# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

R&Q REINSURANCE COMPANY, :
    Plaintiff/Counterclaim Defendant, :    CIVIL ACTION
:
v. :
:
ST. PAUL FIRE AND MARINE :
INSURANCE COMPANY, :    No. 16-1473
    Defendant/Counterclaim Plaintiff. :

## ORDER

**AND NOW**, this **12th** day of **May**, **2017**, upon consideration of Plaintiff/Counter Defendant's Motion for Judgment on the Pleadings, Defendant/Counter Claimant's Response thereto, Plaintiff/Counter Claimant's Reply thereon, and for the reasons set forth in this Court's Memorandum dated May 12, 2017, it is hereby **ORDERED** that the motion (Document No. 39) is **DENIED.**

BY THE COURT:

/s/ Berle M. Schiller

**Berle M. Schiller, J.**