IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R&Q REINSURANCE COMPANY,<br>    Plaintiff/Counterclaim Defendant, :<br>:<br>v. :<br>:<br>ST. PAUL FIRE AND MARINE<br>INSURANCE COMPANY, :<br>    Defendant/Counterclaim Plaintiff. : | CIVIL ACTION<br><br><br><br><br>No. 16-1473 |

## ORDER

**AND NOW**, this **1st** day of **August, 2017**, it is hereby **ORDERED** that:

1. Upon consideration of R&Q's Motion to Compel, St. Paul's response thereto, R&Q's reply thereon, and for the reasons stated in the Court's August 1, 2017, memorandum, the motion (Document No. 47) is **GRANTED**.

2. Upon consideration of St. Paul's Motion to Compel, R&Q's response, and for the reasons stated in the Court's August 1, 2017, memorandum, the motion (Document No. 51) is **DENIED**.

3. Upon consideration of St. Paul's Motion for a Protective Order and Supplemental Motion for a Protective Order, R&Q's responses thereto, and for the reasons stated in the Court's August 1, 2017, memorandum, the motions (Document Nos. 52 & 60) are **DENIED**.

4. Plaintiff will provide Defendant with Bates ranges of the relevant documents by **August 3, 2017**. Defendants will comply with this order by **August 11, 2017**.

BY THE COURT:

**Berle M. Schiller, J.**