IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

----------------------------------------------------------------- X

R&Q REINSURANCE COMPANY, f/k/a ACE
AMERICAN REINSURANCE COMPANY, f/k/a
CIGNA REINSURANCE COMPANY f/k/a INA
REINSURANCE COMPANY,

No.: 2:16-cv-01473-BMS

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiff,

-against-

ST. PAUL FIRE & MARINE INSURANCE
COMPANY,

Defendant.

----------------------------------------------------------------- X

Plaintiff R&Q Reinsurance Company, f/k/a ACE AMERICAN REINSURANCE COMPANY, f/k/a CIGNA REINSURANCE COMPANY, f/k/a INA REINSURANCE COMPANY ("R&Q Reinsurance Co.") and Defendant St. Paul Fire & Marine Insurance Company ("St. Paul") hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, counterclaims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.

DATED:  March 9, 2018

By: _____

Michael S. Hino  (I.D. No. 62406)
PEPPER HAMILTON LLP
Two Logan Square
Philadelphia, PA 19103

By: _____

Lloyd A. Gura, *pro hac vice*
MOUND COTTON WOLLAN &
GREENGRASS LLP
One New York Plaza, 44th Floor
New York, NY 1000
*Attorneys for Plaintiff*

By: _____

David A. Attisani, *pro hac vice*
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
*Attorneys for Defendant*

So Ordered:

Hon. Berle M. Schiller

Dated: March 14, 2018

2